## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ABDULLAH MCLAUGHLIN | : | No. 17-121-2 |

## ORDER

**AND NOW**, this 16th day of February, 2021, upon consideration of Abdullah McLaughlin's First Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 229), Mr. McLaughlin's Second Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 233), and the Government's Response in Opposition to the Motions (Doc. No. 238), it is **ORDERED** that the First Motion (Doc. No. 229) and the Second Motion (Doc. No. 233) are **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1