IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ABDULLAH MCLAUGHLIN | : | No. 17-cr-121-2 |

## ORDER

**AND NOW**, this 17th day of February, 2021, upon consideration of Abdullah McLaughlin's § 2255 Motion to Vacate/Set Aside/Correct a Sentence (Doc. No. 207), Mr. McLaughlin's Amendment to the Motion (Doc. No. 213), the Government's Response to the Motion (Doc. No. 224), and Mr. McLaughlin's Motion for Permission to Amend (Doc. No. 226), it is **ORDERED** that:

1. The Motion to Amend (Doc. No. 226) is **GRANTED**.

2. Petitioner's counsel at sentencing shall submit a declaration that addresses whether and, if so, when Petitioner directed him to file a notice of appeal within 28 days of entry of this Order.

3. Petitioner may submit copies of the emails or texts sent to sentencing counsel directing counsel to file an appeal, to the extent such communications exist, within 35 days of entry of this Order.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1